# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
) CASE NUMBER _13CR0280-AJB_
vs )
) ABSTRACT OF ORDER
)
Juan Carlos Perez ) Booking No. _38179298_
)
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of ___6|25|13___

the Court entered the following order:

✓    Defendant be released from custody. As to this case only

_____  Defendant placed on supervised / unsupervised probation / supervised release.

_____  Defendant continued on supervised / unsupervised probation / supervised release

and released from custody.

_____  Defendant released on $ _____ bond posted.

_____  Defendant appeared in Court. FINGERPRINT & RELEASE.

_____  Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____  Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____  Bench Warrant Recalled.

_____  Defendant forfeited collateral.

_____  Case dismissed.

✓   Case dismissed, charges pending in case no. _13CR 2230-AJB_

_____  Defendant to be released to Pretrial Services for electronic monitoring.

_____  Other._____

**WILLIAM V. GALLO**

_____
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by

**J. YAHL**

(Deputy Clerk)

Received _____
     DUSM

Crim-9 (Rev. 8-11)

☆ U.S. GPO: 1996-783-398/40151